**Petition for Permissive Appeal Denied and Memorandum Opinion filed June 28, 2012.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-12-00539-CV

**STEPHEN FOX, Appellant**

**V.**

**MIRNA AZUCENA ALBERTO (PEREZ), Appellee**

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-54595**

## M E M O R A N D U M    O P I N I O N

On June 11, 2012, appellant Stephen Fox filed a petition for permissive appeal in this court. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (Vernon Supp. 2011); *see also* Tex. R. App. P. 28.3. In the petition, appellant asked this court to review the interlocutory order denying appellant's motion to recuse.

Appellant has not established that he is entitled to a permissive appeal. *See* Tex. R. App. P. 28.3(a) (requiring permission from the trial court to appeal interlocutory

order).  Accordingly, we deny appellant's petition for permissive appeal.

PER CURIAM


Panel consists of Justices Frost, Jamison, and McCally.